

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Reginald Reece, Appellant

No. 06-22-00026-CR     v.

The State of Texas, Appellee

Appeal from the 5th District Court of Bowie County, Texas (Tr. Ct. No. 21F0725-005). Opinion delivered by Justice van Cleef, Chief Justice Stevens and Justice Rambin participating.


As stated in the Court's opinion of this date, we find reversible error in the judgment of the court below. While we affirm Reece's conviction, we reverse the trial court's judgment because it contains an illegal sentence, and we remand the case to the trial court for a new punishment trial.

We note that the appellant, Reginald Reece, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.


RENDERED APRIL 27, 2023
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk